USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
: 21-MJ-7373 (VEC)
-against- :
: ORDER
JUNARD PARROT, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 12, 2021, the parties appeared before the undersigned, sitting on Part I designation, for a hearing on Defendant's appeal of the magistrate's denial of bail;

IT IS HEREBY ORDERED that Defendant's appeal of the magistrate's decision denying bail is DENIED for the reasons stated on the record at the hearing.

**SO ORDERED.**

Date: **August 12, 2021**
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**